**THE TOOMEY LAW FIRM, PLLC**
**ATTORNEY AT LAW**
One Southwestern Plaza
P.O. Box 2144
Glens Falls, NY 12801

Michael J. Toomey, Esq.                                                         Telephone: (518) 743-9000
                                                                                                    Facsimile (518) 743-9023

September 18, 2020

United States Bankruptcy Court Clerk
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY 12207

    Re:    John Fazio
           Case Number: 20-11192

Dear Clerk:

    Please be advised that our office has received the Order Denying Application to Pay Filing Fees by Installments. Our office contacted the debtor today and he advised that he had not yet received the Order. The debtor is requesting that he have additional time to pay the filing fee. Our office is requesting that the due date of September 24, 2020 be extended to October 30, 2020.

    Thank you for your attention to this matter.

                                           Very truly yours,

                                           The Toomey Law Firm, PLLC

                                           By: ___/s/ Michael J. Toomey_____
                                                    Michael J. Toomey

MJT/meh