**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE:

John R. Fazio

Debtor(s)

CASE NO: 20-11192-1-rel

CHAPTER: 13

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW**, Kelly Kalahar, Esq., and Waldman, Kalahar & Associates, PLLC, attorneys for Secured Creditor, 20 Cap Fund I, LLC, and hereby enters its notice of appearance in the above-styled action.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

KELLY KALAHAR, ESQ.
**Waldman, Kalahar & Associates, PLLC**
Attorneys for Secured Creditor
315 Madison Avenue, 3rd Floor
New York, NY 10017
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Email: kelly@dwaldmanlaw.com
Email 2: newyorkforeclosures@dwaldmanlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st Day of October, 2020, I served a copy of the foregoing Notice of Appearance and Request for Service by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

*Debtor*
John R. Fazio
44 Willow Rd.
Queensbury, NY 12804

John R. Fazio
c/o Michael J. Toomey
The Toomey Law Firm, PLLC
One South Western Plaza
PO Box 2144
Glens Falls, NY 12801

*Trustee*
Andrea E. Celli-Trustee
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211

*U.S. Trustee*
U.S. Trustee
Office of the U.S. Trustee
Leo W. O'Brien Federal Building
11A Clinton Ave, Room 620
Albany, NY 12207

Kelly Kalahar, Esq.
Waldman, Kalahar & Associates, PLLC
315 Madison Avenue, 3rd Floor
New York, NY 10017
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Email:kelly@dwaldmanlaw.com
newyorkforeclosures@dwaldmanlaw.com
Attorneys for Secured Creditor